**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

850 New Burton Road, Suite 201, Dover, Delaware 19904
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

# Notice of Service of Process

SP392781
Page 1 of 1

| | |
|---|---|
| **DATE:** | March 9, 2016 |
| **TO:** | Cherin Silver, Esq.<br>Cherin Silver, Esquire<br>1500 Walnut Street<br>Suite 1900<br>Philadelphia, PA 19102 |
| **RE:** | **SERVICE OF PROCESS:**<br>**PURE GROWN DIAMONDS, INC.** |

**SENT VIA:**
☑ Email
☑ Federal Express
☐ Fascimile Transmission
☐ Other:
Tracking Number:
    775836001040

---

The enclosed Service of Process was received by the statutory agent in: **Florida**
on the date of: **March 9, 2016**
received via: **Personal Service**

| | |
|---|---|
| TITLE OF ACTION: | World Satellite Television News and Media Relations, Inc. vs. PURE GROWN DIAMONDS, INC. |
| COURT AND CASE NO: | In the 15th Judicial Circuit Court in and for Palm Beach County, Florida<br><br>Case No.  502016CA002476XXXXXMB<br>Summons and Complaint |
| RESPONSE REQUIRED BY: | see documents |
| NOTE: | |

Sincerely,

*[signature]*

Andrew Lundgren, Manager - Registered Agent Services

---

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

WORLD SATELLITE TELEVISION
NEWS AND MEDIA RELATIONS,
INC., a Florida corporation,

    Plaintiff,

vs.

GEMESIS, INC., a foreign corporation,
d/b/a Pure Grown Diamonds,

    Defendant.

_____

CASE NO.:

502016CA002476XXXX MB

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint/Petition in this action on Defendant:

PURE GROWN DIAMONDS, INC. F/K/A GEMESIS INC
C/O NATIONAL CORPORATE RESEARCH, LTD, INC.
115 NORTH CALHOUN STREET
SUITE 4
TALLAHASSEE, FL 32301

The Defendant is required to serve written defenses to the complaint or petition on Charles L. Pickett, Jr., Plaintiff's attorney, whose address is CIKLIN LUBITZ & O'CONNELL, 515 N. Flagler, Drive, 20th Floor, West Palm Beach, FL 33401, within 20 days after service of this summons on the Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON _____, 2016.    AS CLERK OF THE COURT

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

BY: _____
    Deputy Clerk

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

WORLD SATELLITE TELEVISION
NEWS AND MEDIA RELATIONS,
INC., a Florida corporation,

   Plaintiff,

vs.

PURE GROWN DIAMONDS, INC.,
a foreign corporation, f/k/a Gemesis, Inc.,
and IIA TECHNOLOGIES PTE. LTD,
a foreign private limited company,

   Defendant.
_____/

CASE NO.:

502016 CA 002476 XXXX MB

COPY
RECEIVED FOR FILING
MAR 08 2016

SHARON R. BOCK
CLERK & COMPTROLLER

## COMPLAINT

Plaintiff, World Satellite Television News and Media Relations, Inc. by and through its undersigned counsel, hereby sues Defendants, Pure Grown Diamonds, Inc., f/k/a Gemesis, Inc., and IIa Technologies Pte. Ltd., for breach of contract and alleges as follows:

### Jurisdiction, Parties, and Venue

1. This is an action for breach of contract in which the amount in controversy exceeds the sum of $15,000, exclusive of interest, costs, and attorneys' fees.

2. The Plaintiff, World Satellite Television News and Media Relations, Inc., (hereinafter, "Plaintiff" or "WSTN"), is a corporation organized and existing under the laws of the State of Florida.

3. Plaintiff is a full-service public relations / media relations firm and television production company. The Plaintiff creates and executes news-making campaigns for its clients.

4. Defendant, Pure Grown Diamonds, Inc., f/k/a Gemesis, Inc., (hereinafter, "Gemesis"), is a corporation organized and existing under the laws of the State of Delaware.

5. Defendant, IIa Technologies Pte. Ltd. (hereinafter, "IIa"), is a private limited company registered with the Accounting & Corporate Regulatory Authority under the Singapore Companies Act. It is the most common type of company to be incorporated in Singapore.

6. IIa is in the business of growing diamonds in the laboratory for the luxury, industrial, and high-tech industry sectors.

7. Gemesis is the largest retailer-distributor of IIa laboratory grown diamonds for jewelry.

8. Both Defendants are owned by, and part of, IIa Holdings Group.

9. By contractual agreement, venue is proper in this Court.

10. On or about November 3, 2014, WSTN entered into a written contract with Gemesis.

11. Pursuant to Rule 1.130 of the Florida Rules of Civil Procedure, the material portions of the contract are attached hereto as "Exhibit A" (Media Services & Agency Representation Contract Agreement, hereinafter, "the Contract").

12. WSTN satisfactorily performed its services under the Contract and addendums thereto.

13. *Inter alia*, the Contract provided that it could not be terminated except for certain reasons set forth in the Contract.

14. On or about January 20, 2015, WSTN and Gemesis entered into a one-year non-cancellable retainer agreement; an addendum to the Contract.

2

15. A copy of the one-year retainer agreement (hereinafter, "the Addendum") is attached hereto as "Exhibit B."

16. The Addendum provides that all terms of the Contract shall apply and "[i]n the event that [Gemesis], for any reason, is unable to abide by the terms of this agreement and all addendums, including payment, IIa Technologies Pte Ltd ... shall assume all responsibilities."

17. On or about May 14, 2015, in the absence of any occurrence permitting termination and in the absence of any material breach of contract by Plaintiff, Gemesis purported to terminate the Contract and addendums.

18. Gemesis breached the Contract and Addendum by, *inter alia*:

   a. Wrongful termination;

   b. Failure and/or refusal to pay the remaining amount owed through the date of expiration;

   c. Refusal to pay for television production costs and services, travel expenses, and travel days;

   d. Hampering direct communication with Gemesis' CEO;

   e. Communicating with vendors, suppliers, strategic partners, and news media organization editors, reporters, and producers who were first introduced to Gemesis by WSTN and/or in contact with WSTN or contacted by WSTN;

   f. Directly and indirectly contacting news release distribution services, news organizations, and others introduced to Gemesis and IIa by WSTN;

   g. Transferring video and photographic materials to other entities; and

   h. Unauthorized use of electronic press kits.

19. IIa is obligated to assume responsibility for the injuries and damages caused by Gemesis.

3

20. Plaintiff has been injured as a result of the foregoing breaches, and is entitled to an award and judgment of compensatory damages, to the extent that damages are an adequate remedy at law, as against both Defendants in the approximate amount of $250,000.00.

21. Plaintiff has been injured as a result of breaches 18e-h, and will suffer irreparable harm if said breaches continue if the state of affairs as of May 13, 2015 is not maintained.

22. As to breaches 18e-h, Plaintiff has no adequate remedy at law.

23. As to breaches 18e-h, Plaintiff has a substantial likelihood of success on the merits, and temporary and permanent injunctive relief serves the public interest.

24. As to breaches 18e-h, Plaintiff is entitled to orders of preliminary and permanent injunction barring Defendants from: a) communicating with vendors, suppliers, strategic partners, and news media organization editors, reporters, and producers who were first introduced to Gemesis by WSTN and who were in contact with WSTN and contacted by WSTN; b) directly and indirectly contacting news organizations and others introduced to Gemesis and IIa by WSTN; c) transferring video and photographic materials to other entities for posting on third-party websites and social media pages and for use for use by broadcast, cable and internet channels; and d) using electronic press kits materials in a manner inconsistent with the Contract and addendums thereto.

25. Plaintiff has performed all of its obligations under the Contract and addendums.

26. All conditions precedent to the initiation and maintenance of this action have been satisfied, performed, waived, or excused.

27. Plaintiff is obligated to pay the undersigned law firm attorneys' fees, court costs, witness fees, and travel expenses.

28. Section 23 of the Contract provides that, in the event that Plaintiff prevails in this action, Gemesis (and by its guaranty, IIa) are obligated to pay Plaintiff's attorneys' fees, court costs, witness fees, and travel expenses.

WHEREFORE, Plaintiff, World Satellite Television News and Media Relations, Inc., respectfully requests that this Court:

a. Enter judgment as against Defendants, Pure Grown Diamonds, Inc. and IIa Technologies Pte. Ltd., in favor of Plaintiff in an amount of approximately $250,000.00, plus prejudgment interest, attorneys' fees, witness fees, and travel expenses, and the compensable costs of this action, with interest thereon at the legal rate;

b. Enter preliminary and permanent injunction orders barring Defendants from: a) communicating with vendors, suppliers, strategic partners, and news media organization editors, reporters, and producers who were first introduced to Gemesis by WSTN and in contact with WSTN and contacted by WSTN; b) directly and indirectly contacting news organizations and others introduced to Gemesis and IIa by WSTN; c) transferring video and photographic materials to other entities, including third-party websites and social media pages; and d) using electronic press kit materials in a manner inconsistent with the Contract and addendums thereto; and

c. Grant such further relief as is just and equitable.

### Jury Trial Demand

Plaintiff demands trial by jury of all issues and claims so triable.

Respectfully submitted this 2nd day of March, 2016.

CHARLES L. PICKETT (FBN 0051217)
CIKLIN LUBITZ & O'CONNELL
515 North Flagler Drive, 20th Floor
West Palm Beach, FL 33401
Primary email: service@ciklinlubitz.com
Secondary email: cpickett@ciklinlubitz.com
Secondary email: kmcmanus@ciklinlubitz.com
Tel 561-832-5900; Fax 561-833-4209
Attorneys for Plaintiff

## MEDIA SERVICES & AGENCY REPRESENTATION CONTRACT AGREEMENT

The following constitutes an agreement dated October 30, 2014 between World Satellite Television News and Media Relations, Inc. (AGENCY) and Lisa Bissell, President & CEO, Gemesis, Inc. DBA Pure Grown Diamonds (CLIENT).

# REDACTED

**1. Defining AGENCY's Role and Responsibilities**

CLIENT agrees that AGENCY is being retained to serve as CLIENT's official media relations agency of record (AOR) for the services and projects described herein and in any and all projects detailed in subsequent contract addendums.

X ~~signature~~ Date: 11/3/14
Lisa Bissell, President & CEO, Lisa Bissell, President & CEO, Gemesis, Inc. DBA Pure Grown Diamonds

1

EXHIBIT A

CLIENT agrees that AGENCY's President and Executive Producer, Bryan Glazer, along with other media relations executive team members and subcontractors, shall personally supervise, create, and execute the CLIENT's campaigns and projects detailed herein and in any current or future addendums.

The AGENCY shall coordinate all efforts with the CLIENT's executives, staff members, employees and strategic partners in private industry and public officials and others, as deemed necessary by both parties.

## 2. Client Approval

CLIENT agrees that it shall provide the AGENCY with written or e-mailed authorization for the distribution, transmission, and dissemination of news releases, editorial materials, video and or photographic materials and external correspondences.

CLIENT agrees it will respond in a timely manner to all of AGENCY's authorization requests.

In the event of typical news deadlines, the CLIENT agrees to grant the AGENCY with reasonable authority to communicate with news media outlets and provide pre-approved editorial and other materials and provide pre-approved statements, at the AGENCY's discretion.

The CLIENT agrees that it will provide the AGENCY with written, e-mail or text message authorization for any and all financial expenditures that may or may not be detailed in this agreement and in present and future contract addendums.

## 3. Professional Standards

The AGENCY agrees to provide the services and materials described herein and in its original campaign proposal in a manner consistent with widely accepted, honest, accurate, and credible professional practices and methodologies.

The CLIENT shall work with the AGENCY in a manner consistent with widely accepted, honest, accurate and credible professional practices and methodologies. At all times, the CLIENT agrees to provide the AGENCY with accurate and honest information, pertaining to all matters.

The AGENCY reserves the right to independently verify the veracity and accuracy of all CLIENT-provided information.

Intentional inaccuracy, misinformation, dishonesty or other ethical or legal violation by the CLIENT is reason for an incurable breach. Such action may also result in civil action by the AGENCY. Misjudgments, errors, and omissions are considered unintentional acts.

## 4. Nature of Professional Services

### A. Campaign Information

The AGENCY shall work with the CLIENT on the creation and execution of various electronic and print media relations projects as part of an overall integrated marketing campaign. The AGENCY goal is to generate news coverage and publicity for the CLIENT's national unveiling of the world's largest laboratory-grown diamond in concert with the 2014 winter holiday diamond engagement ring and jewelry shopping season and the 2015 Valentine's Day diamond engagement ring and jewelry shopping season.

X _____  Date: 11/3/14
Lisa Bissell, President & CEO, Gemesis, Inc. DBA Pure Grown Diamonds

2

REDACTED

### 15. Non-Cancellable Representation and Retainer

The CLIENT agrees that the CLIENT cannot cancel its (this) agreement or addendums with the AGENCY for any reason from the date of this contract onward. Any cancellation by the CLIENT does not relinquish its obligations for full payment of all amounts owed and due and contracted, this includes projects detailed in addendums.

Once work begins on a project the full amount of that project must be paid by the CLIENT. There is no pro-rata formula.

The CLIENT understands termination of services and projects and representation does not preclude the CLIENT from its timely financial obligations, described herein and in any and all contract addendums.

This paragraph shall survive the termination or expiration of the agreement.

### 16. Breach

In the event of a breach of contract by either party, notification of such breach must be detailed in writing and must be sent to and received by either party via certified U.S. Mail within 10 days of the alleged breach. The parties agree to rectify such a breach.

Non-payment and non-participation and any waiver of the stipulations of this agreement by either party are considered breaches.

If, for any reason, the AGENCY shifts its strategy, for reasons of timing, embargo or other necessary circumstances, that is not considered a breach.

This agreement may not be terminated for any other reason, except as described herein.

This paragraph shall survive the termination or expiration of the agreement.

REDACTED

# REDACTED

### 20. Ownership of Materials

The CLIENT has ownership of all photographic materials and edited video presentations, elements of which or in whole cannot be used or transferred for production by any other entity.

AGENCY retains the rights to utilize such materials for promotional and other commercial purposes, within reason.

AGENCY retains rights to all Vcamera masters and photographic originals.

This paragraph shall survive the termination or expiration of the agreement.

### 21. No Circumvention

During the course of the campaign, the AGENCY will likely introduce the CLIENT and its owners, partners, clients, vendors, suppliers and others, including IIa Technologies, to the AGENCY's strategic partners, suppliers, vendors, subcontractors and others.

The CLIENT and its owners, partners, vendors, suppliers and others agree that they will abide by an agreement of non-circumvention.

The CLIENT shall not attempt, in any way, to communicate directly with the AGENCY's partners or vendors or others that the AGENCY and its subcontractors and partners contacted on behalf of the CLIENT, without authorization and knowledge of the AGENCY.

X ~~signature~~ Date: 11/3/14

Lisa Bissell, Gemesis, Inc. DBA Pure Grown Diamonds

The CLIENT agrees that it will not attempt to hire or retain or purchase services and materials from the AGENCY's subcontractors, strategic partners, suppliers, vendors and others, which the AGENCY has introduced to the CLIENT for a period of two years.

The CLIENT agrees not to interfere with or circumvent business relationships established by and/or first introduced to it by WSTN, either directly or indirectly, via known associates, introducers, or advisors, or their associates, introducers, or advisors. (Indirectly is defined as the line of introduction being documented and verifiable.).

The CLIENT agrees to refrain from circumventing WSTN in any dealings with WSTN's vendors, suppliers, subcontractors, strategic partners and clients and others first introduced by WSTN, either in person or by fax, telephone, mail or email.

Without limiting the generality of this Non-Circumvention provision, the CLIENT agrees to refrain from circumventing WSTN, without the express written consent of WSTN, for a period of two years from the date of this agreement, or if hired or contracted with, for a period of two years from the last date of service and/or employment, in any dealings with any advisors, vendors, suppliers, strategic partners and news media organization editors, reporters, producers or executives who have contact with WSTN or first introduced by WSTN to the CLIENT.

# REDACTED

### 23. Disputes

In the event AGENCY must seek legal action for the collection of unpaid fees or other costs and expenses and damages of any nature, the CLIENT agrees that, if AGENCY prevails in a court of law, in arbitration or in private settlement, that it (the CLIENT) is responsible for full payment of all courts costs, attorney fees, witness fees, travel expenses, late fees and judgments.

This agreement shall survive the term of this agreement.

The CLIENT agrees that an award of monetary damages alone will not be a sufficient remedy for any breach by the CLIENT of the non-circumvent clause of this agreement. Therefore, WSTN, in addition to any other remedies available to WSTN, shall be entitled to equitable relief, including the grant of an injunction or specific performance, in the event the CLIENT breaches its obligations under this Agreement. Accordingly, the PARTIES agree that in an action for equitable remedies under this Agreement, WSTN shall not be required to prove the inadequacy or insufficiency of monetary damages as a remedy.

All matters of dispute shall be resolved in a court of law in Palm Beach County, Florida.

This paragraph shall survive the termination or expiration of the agreement.

x_____ Date: 11/3/14
Lisa Bissell, President & CEO, Gemesis, Inc. DBA Pure Grown Diamonds"

13

# REDACTED

#### 26. Law Governing

The laws of the State of Florida of the United States of America shall govern this agreement. The Civil Circuit Court of Palm Beach County, State of Florida, shall have jurisdiction over any disputes that arise under this agreement, and each of the parties shall submit and hereby consent to such court's exercise of jurisdiction.

This agreement shall also be considered in compliance with the laws of the Monarchy of the United Arab Emirates and the Republics of India and Singapore.

The CLIENT and its corporate and strategic partners, including IIa Technologies of Singapore relinquish any right to defend itself or to take any action against the AGENCY under the guise of another nation's laws. Only the law of the State of Florida, United States of America, shall apply.

#### 27. Complete Agreement

This agreement constitutes the entire understanding between AGENCY and the CLIENT with respect to the subject matter herein. Any waiver, modification, or addition to this agreement shall not be valid unless in writing and signed by AGENCY and the CLIENT's executive representative.

X _[signature]_ Date: 1/3/14
Lisa Bissell, President & CEO, Gemesis, Inc. DBA Pure Grown Diamonds

## CONTRACT ADDENDUM

This document is a contract addendum to the media services agreement dated November 4, 2014 between World Satellite Television News & Media Relations, Inc. (WSTN) and Gemesis, Inc. (doing business as Pure Grown Diamonds) (PGD).

This addendum shall serve as a binding monthly, one-year term, non-cancellable agency retainer contractual agreement between the two parties (WSTN & PGD).

All terms and conditions of the initial November 4, 2014 agreement between WSTN & PGD shall apply, including, but not limited to, cancellation policies, payment, breach and inclusion and exclusions of services and materials.

Specifically, in some cases, the Parties may agree to conduct various projects and campaigns throughout the term of the agreement that shall require additional funding. This includes, but is not limited to, advertising, celebrity search, media trainings, social media, special events and teleproductions. Retainer is non-refundable.

In the event that PGD, for any reason, is unable to abide by the terms of this agreement and all addendums, including payment, Ila Technologies Pte Ltd of 65 Chulia Street, #38-02 / 03 OCBC Centre, Singapore 049513 shall assume all responsibilities.

In the event of any dispute, including action to collect owed monies, the Agency reserves the right to resolve such a dispute in a court of law in Palm Beach County, FL or New York, NY or Singapore.

| Monthly Media Relations Agency Retainer: | January 13, 2015 – January 13, 2016 |
|---|---|
| • 300 Hours Per Month + 50 Bonus Hours | |
| • Monthly Telecom Fee | |
| • On-Going Global Broadcast News Outreach | |
| • Global Newspaper Outreach | |
| • Fashion, Lifestyle, Trend, Men's, Women's, Scientific, Environmental Magazine Outreach | |
| • Array of Pertinent Bloggers Outreach | |
| • Trade Publication / Business-to-Business Outreach | |
| • Editorial Creation | |
| • Strategic Counseling | |
| • Client Conferences | |
| • Retailer Liaison | |
| • Special Events Coordination | |
| TOTAL | $30,300 |

X _(signed)_ Date: 1/20/15
Lisa Bissell, President & CEO, Pure Grown Diamonds / Gemesis, Inc.

X _(signed)_ Date: 1/20/15
Vishal Mehta, President & CEO, Pure Grown Diamonds / Ila Technologies Pte Ltd

X _____ Date: _____
Bryan Glazer, World Satellite Television News & Media Relations, Inc.

1 | Page


EXHIBIT B