UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80481-BLOOM/VALLE

WORLD SATELLITE TELEVISION
NEWS AND MEDIA RELATIONS, INC., a
Florida corporation,

  Plaintiff

        v.

PURE GROWN DIAMONDS, INC., a foreign
corporation, f/k/a/ GEMESIS, INC.

        and

IIA TECHNOLOGIES PTE. LTD, a foreign
private limited company,

  Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT of DEFENDANT PURE GROWN DIAMONDS, INC.**

In accordance with Fed. R. Civ. P. 7.1 and the Court's April 7, 2016, Order, defendant Pure Grown Diamonds, Inc. (the only defendant that has been served) states:

    1.    Pure Grown Diamonds, Inc. is a Delaware corporation the stock of which is 100 percent owned by Iron Gate Property Limited, a British Virgin Islands corporation. The ultimate owners of Pure Grown Diamonds, Inc. are non-United States individuals.

    2.    IIA Technologies Pte. Ltd. is a private limited company registered in Singapore. World Satellite Television News and Media Relations

informed counsel for Pure Grown Diamonds, Inc. that IIa Technologies Pte. would be dismissed from the case.

                        **SHUTTS & BOWEN LLP**
                        CityPlace Tower, Suite 1100
                        525 Okeechobee Boulevard
                        West Palm Beach, Florida 33401
                        Telephone:  (561) 835-8500

By:    */s/ Arnold Berman*
        Arnold L. Berman
        Florida Bar No. 236241
        ABerman@shutts.com
        Daria Pustilnik
        Florida Bar No. 0092514
        dpustilnik@shutts.com

**HAMBURG & GOLDEN, P.C.**
JAMES P. GOLDEN
MICHAEL E. SACKS
PA ID Nos. 32169 and 39774
1601 Market Street, Ste. 565
Philadelphia, PA  19103-1443
Telephone:  215-255-8590
Admitted *Pro Hac Vice*

*Attorneys for Defendant,*
*Pure Grown Diamonds, Inc.*

Date: May 5, 2016

## CERTIFICATE OF SERVICE

I certify that the Certificate of Interested Parties and Corporate Disclosure Statement was sent by email on May 5, 2016, to

>Charles L. Pickett, Esquire
>Ciklin Lubitz and O'Connell
>515 North Flagler Drive, 20th Floor
>West Palm Beach, FL 33401
>Tel:(561) 832-5900
>Fax: (561) 833-4209
>
>Attorney for Plaintiff

>/s/ *Arnold Berman*
>Attorney

WPBDOCS 8945674 1